STATE of Missouri, Respondent,

v.

Frenchie TAYLOR, Appellant.

No. ED 76268.

Missouri Court of Appeals,
Eastern District,
Division Three.

July 18, 2000.

Raymond J. Capelovitch, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Andrea L. Mazza, Asst. Atty. Gen., Jefferson City, for respondent.

Before GARY M. GAERTNER, P.J., CRAHAN, J., and DRAPER, J.

**ORDER**

PER CURIAM.

Frenchie Taylor (Defendant) appeals from the judgment entered following his jury conviction for sale of a controlled substance, section 195.211, RSMo 1994. We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would serve no jurisprudential purpose. We have, however, provided a memorandum opinion for the use of the parties only setting forth

the reasons for our decision. We affirm the judgment pursuant to Rule 30.25(b).